| | |
|---|---|
| 1 | DONALD J. QUERIO (State Bar No. 54367) |
| | JON D. IVES (State Bar No. 230582) |
| 2 | ADIL HAQ (State Bar No. 255435) |
| | ah@severson.com |
| 3 | SEVERSON & WERSON |
| | A Professional Corporation |
| 4 | One Embarcadero Center, Suite 2600 |
| | San Francisco, CA 94111 |
| 5 | Telephone: (415) 398-3344 |
| | Facsimile: (415) 956-0439 |
| 6 | |
| 7 | Attorneys for Defendants |
| | WELLS FARGO HOME MORTGAGE, |
| | WELLS FARGO BANK, N.A. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN J. OWENS, | Case No.: 4:09-cv-03354-PJH |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| WELLS FARGO HOME MORTGAGE, WELLS FARGO BANK, N.A., FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, and DOES 1-100 INCLUSIVE | First Amended Complaint Filed: September 29, 2009 |
| Defendants. | |

WHEREAS, Plaintiff filed a first amended complaint on September 29, 2009;

WHEREAS, defendants Wells Fargo Home Mortgage and Wells Fargo Bank, N.A. ("Wells Fargo") filed a motion to dismiss Plaintiff's first amended complaint, which is set for hearing at 9:00 A.M. on December 2, 2009;

WHEREAS, defendant First American Loanstar filed a motion to dismiss Plaintiff's first amended complaint, which is also set for hearing at 9:00 A.M. on December 2, 2009;

WHEREAS, the Court issued an order on October 16, 2009 addressing defendants Wells Fargo Home Mortgage and Wells Fargo Bank, N.A.'s motion to dismiss Plaintiff's original complaint and defendant First American Loanstar's motion to dismiss Plaintiff's original complaint;

**1**   WHEREAS, in light of the fact that Plaintiff's first amended complaint was filed without

**2** the benefit of the Court's October 16, 2009 order, the Court's October 16, 2009 order grants

**3** Plaintiff leave to file a second amended complaint by November 4, 2009;

**4**   WHEREAS, there is no operative complaint on file currently;

**5**   WHEREAS, Wells Fargo and First American Loanstar have withdrawn their motions to

**6** dismiss Plaintiff's first amended complaint in light of the Court's October 16, 2009 order;

**7**   WHEREAS, Wells Fargo and First American Loanstar expect to file motions to dismiss

**8** plaintiff's second amended complaint, should it be filed;

**9**   WHEREAS, a case management conference ("CMC") is presently set for 2:30 P.M. on

**10** October 29, 2009;

**11**   WHEREAS, the parties believe that continuing the CMC in light of the fact that there is

**12** no operative complaint on file in this case would serve the interests of judicial efficiency and

**13** conservation of judicial and party resources;

**14**   NOW THEREFOR, IT IS HEREBY STIPULATED AND REQUESTED by the parties

**15** hereto, through their respective counsel, that the CMC be rescheduled from ~~2:30 p.m. on~~

**16** October 29, 2009 to ~~2:30 p.m. on~~ February 4, 2010. at 2:00 p.m.

**17** //

**18** //

**19** //

**20** //

**21** //

**22** //

**23** //

**24** //

**25** //

**26** //

**27** //

**28** //

- 2 -

07685/0404/766676.1    JOINT STIPULATION AND [PROPOSED] ORDER

| | | |
|---|---|---|
| DATED: October 23, 2009 | | SEVERSON & WERSON<br>A Professional Corporation |
| | | By: _____*/S/ Adil Haq*_____<br>Adil Haq |
| | | Attorneys for Defendants<br>WELLS FARGO HOME MORTGAGE,<br>WELLS FARGO BANK, N.A. |

Per General Order 45, Rule X, I hereby attest that concurrence in the filing of this document has been obtained from each of the signatories below.

DATED: October 23, 2009                     LAW OFFICES OF GLENN H. WECHSLER

                                            By: _____*/S/ Lawrence D. Harris*_____
                                                    Lawrence D. Harris

                                            Attorneys for Defendant
                                            FIRST AMERICAN LOANSTAR TRUSTEE
                                            SERVICES


DATED: October 23, 2009               By: _____*/S/ Evelyn J. Owens*_____
                                              Evelyn J. Owens

                                      Plaintiff in Pro Per

**[~~PROPOSED~~] ORDER**

Pursuant to the parties' October 22, 2009 Joint Stipulation Continuing Case Management Conference, **IT IS SO ORDERED**.

DATED: October 27, 2009



_____
THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE