UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EVELYN J. OWENS,

        Plaintiff,

    v.

WELLS FARGO BANK, et al.,

        Defendants.
_____/

No. C 09-3354 PJH

**NOTICE AND ORDER CONTINUING HEARING DATE**

TO ALL PARTIES AND COUNSEL OF RECORD:

The hearing on defendant Wells Fargo Bank, N.A.'s motion to dismiss, which was previously set for January 6, 2010, at 9:00 a.m., has been CONTINUED to January 13, 2010, at 9:00 a.m., in Courtroom 3, 3rd Floor, Federal Building, 1301 Clay Street, Oakland, California 94612. Please note, however, that the original briefing schedule shall remain in effect.

**IT IS SO ORDERED**.

Dated: December 23, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge