UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EVELYN J. OWENS,

    Plaintiff,

    v.

WELLS FARGO BANK, N.A., et al.,

    Defendants.
_____/

No. C 09-3354 PJH

**JUDGMENT**

    This action came on for hearing before the court and the issues having been duly heard and the court having granted defendants' motions to dismiss

    it is Ordered and Adjudged

    that the complaint is dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: January 26, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge